United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHARLES RAY ERVIN,

Petitioner,

v.

JENNIFER BARRETTO,

Respondent.

Case No. 16-02060 HRL (PR)

**ORDER OF TRANSER**

Petitioner, a state prisoner at the California Health Care Facility in Stockton, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state sentence out of Los Angeles County. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is challenging his conviction out of Los Angeles County, which lies within the venue of the Western Division of the Central District of California. *See* 28 U.S.C. § 84(c). Therefore, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: __7/8/16__

_____
HOWARD R. LLOYD
United States Magistrate Judge

Order of Transfer
PRO-SE\HRL\HC.16\02060Ervin_transfer(CD)